FILED
NOV - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., formerly known as THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C.,
4455 Connecticut Avenue, Suite B500
Washington, D.C. 20008,

        Plaintiff,

v.

MICHAEL O. LEAVITT, Secretary,
Department of Health and Human Services
200 Independence Avenue, SW
Room 615F
Washington, DC 20202,

Serve:

1. U.S. Attorney for the District of Columbia

2. The Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530-0001

3. Secretary of Health and Human Services
    c/o Office of the General Counsel
    Room 722A
    Hubert H. Humphrey Building
    200 Independence Avenue, S.W.
    Washington, D.C. 20201

        Defendant.

Case Number: _____

CASE NUMBER 1:06CV01904
JUDGE: Emmet G. Sullivan
DECK TYPE: Administrative Agency Review
DATE STAMP: 11/07/2006

Certificate Required by LCvR 7.1 of the Local Rules of the
United States District Court for the District of Columbia

I, the undersigned counsel of record for Medstar Health Visiting Nurse Association, Inc., formerly known as The Visiting Nurse Association of Washington, D.C., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiff which have any outstanding securities in the hands of the public:

1. None.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Harold G. Belkowitz
D.C. Bar No. 449800
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Fifth Floor
Washington, DC 20005-3324
(202) 408-8400
(202) 408-0640 facsimile

Carel T. Hedlund
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120

Counsel for the Plaintiff

141772