U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Medstar Health Visiting Nurse Association, Inc., formerly known as The Visiting Nurse Association of Washington, D.C.

vs.

Michael O. Leavitt, Secretary, Department of Health and Human Services

No. 1:06CV01904

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Judicial Review of Final Adverse Agency Decision Under the Medicare Act and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:42 pm on November 9, 2006, I served Michael O. Leavitt, Secretary, Department of Health and Human Services c/o U.S. Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Gary Nails, Document Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  180
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-10-06
             Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 179499