## DISTRICT OF COLUMBIA SUPERIOR COURT
### Civil Division

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC. f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C.<br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services<br>    Defendant | Case No. 1:06CV01904 |

### Affidavit of Service

I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On November 8, 2006, I served the Summons; Complaint for Judicial Review of Final Adverse Agency Decision Under the Medicare Act; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled in the above entitled case on the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530, by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 28, 2006

_____
Max Brandy

142184.2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Attorney General of the U.S.
   U.S. Department of Justice
   950 Pennsylvania Avenue N.W.
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0012 3162 1132

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540