**DISTRICT OF COLUMBIA SUPERIOR COURT**
Civil Division

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC. f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C.<br>    Plaintiff<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services<br>    Defendant | Case No. 1:06CV01904 |

**Affidavit of Service**

    I, Max Brandy, say that I am over the age of eighteen years, and that my business address is: 1401 H Street, N.W., Suite 500, Washington, DC 20005. On November 8, 2006, I served the Summons; Complaint for Judicial Review of Final Adverse Agency Decision Under the Medicare Act; Notice of Right To Consent To Trial Before A United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case on Michael O. Leavitt, as Secretary of Health and Human Services, c/o Office of the General Counsel, Hubert Humphrey Building, Room #722A, 200 Independence Avenue, S.W., Washington, DC 20005, by directly giving to a United States Postal Service employee a copy of the Certified Summons and the Certified Complaint, enclosed in an envelope, Certified Mail postage prepaid, addressed as set forth above.

A copy of the Domestic Return Receipt is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 28, 2006
                                                           _____
                                                           Max Brandy

142184.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Secretary of Health and Human Svs.
    c/o Office of the General Counsel
    Hubert Humphrey Bldg., Rm. 722A
    200 Independence Avenue, S.W.
    Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name): Lawrence
C. Date of Delivery: 11-13-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 9280 3971

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540