UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., <br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of Health and Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    Civ. Action No. 06-1904 (EGS) <br> )      ECF <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

                                               Respectfully submitted,

                                               /s/

                                               MEGAN L. ROSE, NC Bar # 28639
                                               Assistant United States Attorney
                                               Judiciary Center Building
                                               555 Fourth Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 514-7220
                                               (202) 514-8780 (fax)
                                               Megan.Rose@usdoj.gov