IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>Defendant. | Case No. 1:06CV01904 (EGS) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of United States Department of Health and Human Services ("the Secretary"), by and through the undersigned counsel, respectfully moves this Court for an enlargement of time to answer or otherwise respond to Plaintiff's Complaint. Specifically, Defendant requests that the deadline for responding be extended sixty (60) days, up to and including March 7, 2007. Pursuant to Local Civil Rule 7(m), on December 19, 2006, the Secretary's counsel contacted Plaintiff's counsel, who graciously consented to the instant motion. In support of this motion, the Secretary states as follows:

1. This action was initiated with the filing of a Complaint on November 07, 2006.

2. The Secretary's response to Plaintiff's Complaint is currently due by January 8, 2007. Fed. R. Civ. P. 6(a), 12(a)(3)(A).

3. Plaintiff challenges a final determination of the Secretary denying Medicare reimbursement for portions of Plaintiff's physical therapy services costs that exceed the Salary Equivalency Guidelines ("Guidelines") used by HHS to limit physical therapy payments made by providers furnishing services "under arrangement" with outside contractors.  The matters at issue in this action are complex and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Complaint.

4. The Office of Attorney Advisor (OAA) within the Centers for Medicare & Medicaid Services (CMS) is responsible for compiling administrative records for all actions filed in courts throughout the country that challenge the Secretary's final decisions on provider reimbursement disputes.  OAA is currently in the process of compiling the administrative record for this case.

6. In order to allow sufficient time for OAA to complete the record, and for Defendant's counsel to review the complete record and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of sixty (60) days, up to and including March 7, 2007 within which to respond to the Complaint.

7. This request is made in good faith and not for purposes of delay.

8. The Secretary has not previously requested or been given an extension of time to respond to the Complaint.

9. There are no other previously scheduled deadlines in this case; the Court's granting of this motion for enlargement of time will not affect any previously scheduled deadlines.

A proposed Order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____/s/_____
MEGAN ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220 / FAX: (202) 514-8780


TRACEY GLOVER
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

_____Counsel for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 27th, 2006, an electronic copy of the foregoing motion will be served on Plaintiff's counsel *via* the United States District Court's Electronic Case Filing system.

                                                    /s/
                                    MEGAN L. ROSE, NC Bar # 28639
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7220
                                    (202) 514-8780 (fax)
                                    Megan.Rose@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01904 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Having considered the Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is this ____ day of December, 2006,

ORDERED that the Defendant's Consent Motion for Enlargement of the Defendant's Time is hereby granted, and it is further

ORDERED that Defendant shall have through and including March 7, 2007 to answer or otherwise respond to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE