UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C.<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health & Human Services,<br><br>      Defendant. | Case No.1:06CV01904 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including April 6, 2007, within which to respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), on March 6, 2007, Defendant's counsel conferred with counsel for Plaintiff, who stated that Plaintiff consented to the requested relief. In support of this Motion, Defendant states as follows:

    1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

    2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. Pursuant to the Court's Order of December 28, 2006, the Secretary's response to the Complaint is currently due March 7, 2007. Fed. R. Civ. P. 12(a)(3).

4. The Parties have engaged in preliminary settlement negotiations and believe it likely that this matter will be resolved through settlement without the need for protracted litigation.

5. This is the second enlargement of time sought by the Secretary in this case. If granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

7. This request is made in good faith and not for purposes of delay.

A proposed Order is attached.

                                        Respectfully submitted,

                                        /s/
                                      JEFFREY A. TAYLOR,
                                      United States Attorney
                                      D.C. Bar No. 498610

                                        /s/
                                      MEGAN L. ROSE
                                      Assistant United States Attorney
                                      NC Bar No. 28639
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7220/FAX: (202) 514-8780

                                      DAVID HOSKINS
                                      U.S. Department of Health and Human Services
                                      Office of the General Counsel
                                      Centers for Medicare and Medicaid Services
                                      330 Independence Ave., S.W., Room 5309
                                      Washington, D.C. 20201

                                      Attorneys for Defendant,
                                      Michael O. Leavitt,
                                      Secretary of Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C.,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health & Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.1:06CV01904 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and the entire record herein, it is this _____ day of March, 2007,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' Complaint on or before April 6, 2007.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE