UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C.<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health & Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.1:06CV01904 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including May 6, 2007, within which to respond to Plaintiffs' Complaint. Pursuant to Local Civil Rule 7(m), on April 5, 2007, Defendant's counsel conferred with counsel for Plaintiffs via email, and Plaintiffs' counsel stated that Plaintiffs consent to the requested relief. In support of this Motion, Defendant states as follows:

The additional time is requested in order to allow the parties to further confer and finalize settlement discussions. Both have agreed to a tentative settlement, subject to approval by the Department of Justice. Additional time is needed to receive all of the requisite approvals and signatures. By way of background, Plaintiffs' Complaint seeks judicial review of a decision by the Secretary denying Plaintiffs' request for certain Medicare reimbursement. Jurisdiction over

this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq. This enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

    This request is made in good faith and not for purposes of delay. A proposed Order is attached.

    Respectfully submitted,

/s/
JEFFREY A. TAYLOR,
United States Attorney
D.C. Bar No. 498610

/s/
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C.<br><br>       Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health & Human Services,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.1:06CV01904 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and the entire record herein, it is this _____ day of April, 2007,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' Complaint on or before May 6, 2007.


Dated:_____

 

_____
UNITED STATES DISTRICT JUDGE