UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C. <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health & Human Services, <br><br> Defendant. | Case No.1:06CV01904 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary"), respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 14 days, up to and including May 21, 2007, within which to respond to Plaintiffs' Complaint. Pursuant to Local Civil Rule 7(m), on May 2, 2007, Defendant's counsel conferred with counsel for Plaintiffs via email, who stated that Plaintiffs consent to the requested relief. In support of this Motion, Defendant states as follows:

The Parties have agreed to a tentative settlement, subject to approval by the Department of Justice. Additional time is needed to receive all of the requisite approvals and signatures. The enlargement of time will thus allow the parties to resolve this matter without the need for additional litigation. By way of background, Plaintiffs' Complaint seeks judicial review of a decision by the Secretary denying Plaintiffs' request for certain Medicare reimbursement.

Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.  Although this is the fourth enlargement of time sought by the Secretary in this case, if granted, this enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.  This request is made in good faith and not for purposes of delay.

    A proposed Order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR,
United States Attorney
D.C. Bar No. 498610

_____/s/_____

MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDSTAR HEALTH VISITING NURSE ASSOCIATION, INC., f/k/a THE VISITING NURSE ASSOCIATION OF WASHINGTON, D.C.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health & Human Services,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.1:06CV01904 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and the entire record herein, it is this _____ day of May, 2007,

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall respond to Plaintiffs' Complaint on or before May 21, 2007.


Dated:_____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE